UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

ANDERSON ALVAREZ NAVARRO

Petitioner

Case No. 3:26-cv-1949

VS.
Warden et al.

Judge Hicks
Magistrate Judge McClusky

Respondents

**ORDER**

IT IS ORDERED that <u>Brandon Riches</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of ANDERSON ALVAREZ NAVARRO in the above described action.

SO ORDERED on this, the <u>12th</u>day of <u>June</u>, <u>202</u>6 .

_____
U.S. Magistrate Judge