**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ANDERSON ALVAREZ NAVARRO**                    **CIVIL ACTION NO. 26-1949**

                                                **SECTION P**

**VS.**

                                                **JUDGE S. MAURICE HICKS, JR.**

**WARDEN JACKSON PARISH**                       **MAG. JUDGE KAYLA D. MCCLUSKY**
**CORRECTIONAL CENTER, ET AL.**

## **ORDER**

Petitioner Anderson Alvarez Navarro, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner moves for an order to show cause. [doc. # 2].

To the extent Petitioner seeks a 3-day response time, the motion is **DENIED**.  To the extent Petitioner seeks a response time shorter than the 60-day deadline set forth in the form summonses, the motion is **GRANTED** as detailed below.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **28 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **14 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 15th day of June, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge

2